**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

LAMIA MOSES,                                    :
                                                :
      Plaintiff,                         :
                                                :
v.                                              :          CASE NO.: 7:24-CV-101 (LAG)
                                                :
NATIONWIDE PROPERTY AND                         :
CASUALTY INSURANCE COMPANY,                      :
                                                :
      Defendant.                         :
_____:

## <u>ORDER</u>

Before the Court is Defendant's Motion for Reasonable Attorneys' Fees (Motion). (Doc. 24). At the May 21, 2025 Motions Hearing, the Court ordered Plaintiff to pay Defendant reasonable costs and fees incurred, exclusive of any costs related to Defendant's Renewed Motion to Dismiss (Doc. 13) or the Motions Hearing. (Doc. 21). The Court set the following deadlines: Defendant's motion for attorneys' fees was due June 2, 2025, Plaintiff's response was due June 12, 2025, and Defendant's reply was due June 18, 2025. (*Id.*). The Parties timely filed the motion and the response; Defendant did not reply. (Docs. 24, 25; *see* Docket).

Defendant seeks attorneys' fees in the amount of $3,735.00 and filing costs in the amount of $430.72, for a total of $4,165.72. (Doc. 24 at 1). Defendant represents that "the amounts reflect services and costs directly related to the defense of [the] action, exclusive of any costs related to Defendant's Renewed Motion to Dismiss and the motions hearing held on May 21, 2025." (*Id.* at 1–2). Plaintiff does not oppose the $4,165.72 in fees and costs sought by Defendant's Motion. (Doc. 25 at 1). Accordingly, the Motion is **GRANTED**. Plaintiff is **ORDERED** to pay Defendant **$4,165.72** within **twenty (20) days** of this Order.

**SO ORDERED**, this 25th day of June, 2025.

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**