IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LAMIA MOSES, | * |
| Plaintiff, | * |
| v. | Case No.  7:24-CV-101 (LAG) |
| | * |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed June 25, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding $3,735.00 for the Defendants' Attorney's fees and $430.72 for the costs.

This 25th day of June, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk